IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

v.                                                                  Case No. 15-2125 BPG

\*

SHAUN W. BRIDGES                                \*

\*       \*       \*       \*       \*       \*       \*

## ORDER

Pending before the Court is the defendant's Motion for Detention Hearing ("Motion") (ECF No. 11). The Government opposes the Motion. (ECF No. 14.) The defendant has not filed a reply and the time for doing so has passed. A hearing on the Motion is unnecessary. *See* Loc. R. 105.6.

As stated on the record at the hearing on January 28, 2016, an arrest warrant was issued for the defendant by a district judge in the United States District Court for the Northern District of California. That judge ordered that upon arrest the defendant be remanded to the custody of the United States Marshals Service for transportation to a Bureau of Prisons facility to commence serving his sentence.

There has been no change in circumstances since the hearing held on January 28, 2016. For the reasons stated on the record during that hearing, as well as the reasons contained in the Government's opposition (ECF No. 14), the Court concludes that the defendant is not entitled to a detention hearing in this district. The defendant's Motion is **DENIED**.

March 3, 2016                                              /s/
Date                                                              Timothy J. Sullivan
                                                                      United States Magistrate Judge